

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00447-CV

## IN THE INTEREST OF
## J.M.M., S.Y.M., M.S.M., AND N.I.M., CHILDREN,

**From the 66th District Court
Hill County, Texas
Trial Court No. 49078**

## MEMORANDUM OPINION

On December 3, 2012, the Hill County District Clerk forwarded to this Court appellant Manuel Moreno's notice of appeal, wherein appellant states that he wishes to appeal from a child-support order. Subsequently, on February 26, 2013, we received a letter from the Hill County District Clerk stating that appellant's notice of appeal was erroneously sent to this Court. Specifically, the Hill County District Clerk stated that: "The District Clerk's Office was told this case was appealed by the IV-D Court to the 66th District [Court,] not the Tenth Court." Nevertheless, on March 6, 2013, the Clerk of this Court notified appellant that the appeal was subject to dismissal in light of the Hill County District Clerk's February 26, 2013 letter. The Clerk also warned appellant that

this appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal in this Court. *See* Tex. R. App. P. 44.3.

More than twenty-one days have passed, and appellant has not responded to the Clerk's March 6, 2013 letter. Therefore, pursuant to Texas Rules of Appellate Procedure 42.3(c) and 44.3, we dismiss this appeal. *See id.* at R. 42.3(c), 44.3.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 18, 2013
[CV06]